IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE (ABINGDON) DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| AMIR I. ESHEL | ) | CHAPTER 7 |
|     DEBTOR. | ) | CASE NO. 09-70585 |
| -------------------------------------------------------- | | |
| R.E. WICK, CHAPTER 7 TRUSTEE | ) | |
|     MOVANT | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMIR I. ESHEL | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PRUDENTIAL | ) | |
| CUSTOMER SERVICE OFFICE | ) | |
| ATTENTION: ROBIN GREENWOOD | ) | |
| CUSTOMER SERVICE ASSOCIATE | ) | |
| P. O. BOX 7390 | ) | |
| PHILADELPHIA PA  19176 | ) | |
| | ) | |
|     RESPONDENTS. | ) | |

## MOTION FOR TURNOVER OF PROPERTY

The Motion of Robert E. Wick, Chapter 7 Trustee, respectfully represents:

1.   Movant is the duly qualified and acting trustee in this case.

2.   This case was originally filed under chapter 7 MARCH 16, 2009.

3.   The original 341 Meeting was scheduled on APRIL 24, 2009 at 9:00 a.m.

4.   Trustee believes and therefore alleges that among the property of the estate is the following asset:

Prudential Life Insurance Policy of Amir I. Eshel, Policy No. 98 368 747 with the cash surrender value as of September 7, 2011 being $12,184.00.

6.   Trustee is informed and believes and therefore alleges that above said property of

the estate is in the possession and under the control of Prudential. The debtor has recorded a homestead deed in the amount of $2,520.00 leaving $9,664.00 in unprotected equity. The entire amount should be turned over to trustee with $2,520.00 to be turned over to Amir I. Eshel for his recorded homestead deed and the remaining amount to be used by the trustee for administration to all allowed administrative claims, priority domestic support claim, and to the general unsecured creditors of this estate.

    7. Prudential requested that trustee turnover to them the Bankruptcy Estate's tax identification number in order to expedite the processing of this matter. Trustee will provide to Prudential in private mail debtor's tax identification number.

    WHEREFORE, the trustee prays that the debtor and Prudential Life be ordered to surrender and deliver possession of the property of the estate described herein to R. E. Wick, Chapter 7 Trustee forthwith, having check made payable to The Bankruptcy Estate of AMIR I. ESHEL, and for such other and further relief as the court may deem just and proper.

Dated: 10-12-11

_____
R. E. WICK, TRUSTEE

ROBERT E. WICK
CHAPTER 7 TRUSTEE
P. O. BOX 8
BRISTOL, VA 24203
(276)466-4488

## CERTIFICATE OF SERVICE

    This is to certify that I, Robert E. Wick, either electronically or my U. S. Mail served a copy of the foregoing on Debtor, Debtor's Attorney, and Prudential Customer Services Office, Attention: Robin Greenwood, Customer Service Associate by Certified Mail Return Receipt Requested and electronically to the U. S. Trustee's Office on this the 12 day of October 2011.

_____
R. E. Wick